**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 17-33705 |
|     **Antonio Parrish** | ) | | |
|         **Debtor,** | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Donald R. Cassling |

### NOTICE OF MOTION

**To:**   Antonio Parrish, 16940 Merrill Ave., South Holland, IL, 60473

        Tom Vaughn, 55 E. Monroe St. #3850, Chicago, IL, 60603

        Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

        SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **9th of May, 2019 at 09:30 a.m.**, I shall appear before the Honorable Judge Donald R. Cassling in 219 S. Dearborn St, Courtroom 619, Chicago, IL and then and there present the attached **MOTION TO ALLOW CLAIM AS TIMELY FILED**, a copy of which is attached hereto.

                                          **By:**   */s/Kyle Dallmann*
                                                            Kyle Dallmann

### CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on April 24, 2019.

                                          **By:**   */s/Kyle Dallmann*
                                                           Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960

A.S. Bhasin M.D.

17680 Kedzie Ave
Hazel Crest IL 60429

Advocate Healthcare
Bankruptcy Department
PO Box 4251
Carol Stream IL 60197

Advocate South Suburban Hosp.
Bankruptcy Department
PO Box 4251
Carol Stream IL 60197

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

Chicagoland Allergy & Asthma Consult

6320 W. 159th St., Suite A
Oak Forest IL 60452

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta GA 30374

Estelle Copeland

1653 Somerset Ave
Detroit MI 48230

Illinois Child Support Enforce
Bankruptcy Dept.
509 S. 6th St
Springfield IL 62701

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen TX 75013

Fingerhut Direct Mrkting
C/O Jefferson Capital SYST
16 Mcleland Rd
Saint Cloud MN 56303

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

LVNV Funding LLC
Bankruptcy Dept.
PO Box 10584
Greenville SC 29603

First National Collection Bureau, Inc.
Bankruptcy Department
610 Waltham Way
Lockwood NV 89434

Franciscan Alliance
Bankruptcy Dept
28044 Network Place
Chicago IL 60673

Harris & Harris, LTD
Bankruptcy Dept.
111 W Jackson Blvd Suite 400
Chicago IL 60604

Illinois Department of Revenue
Bankruptcy Department
PO Box 64338
Chicago IL 60664-0338

Ingalls Health System
Bankruptcy Dept
PO Box 27685
Chicago IL 60673

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Michigan Dept of Health and Human S

333 S. Grand Ave
P.O. Box 30195
Lansing MI 48909

Midwest Title Loan

1610 N Illinois St.
Belleville IL 62226

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester PA 19022

Webbank/Fingerhut
Attn: Bankruptcy Dept.
6250 Ridgewood Rd
Saint Cloud MN 56303

Nations Recovery Center, Inc.
Bankruptcy Dept.
PO Box 620130
Atlanta GA 30362

Jefferson Capital Systems LLC
Bankruptcy Dept.
PO Box 7999
Saint Cloud MN 56302

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-33705 |
|    Antonio Parrish ) | | |
|       Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Donald R. Cassling |

**MOTION TO ALLOW CLAIM AS TIMELY FILED**

NOW COMES the Debtor, Mr. Antonio Parrish (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO ALLOW CLAIM AS TIMELY FILED**, and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 11/10/2017.

3. The plan was confirmed by this Court on 05/17/2018.

4. Schedule E of the original petition $44,352 owed to the Michigan Department of Health and Human Services for child support.

5. The deadline for governmental agencies to file claims expired 05/09/2018.

6. The Michigan State Disbursement Unit never filed a proof of claim.

7. On 05/12/2018, Debtor's attorney filed claim #8 on behalf of the Michigan State Disbursement Unit.

8. For the above listed reasons, movant proposes to allow its proof of claim as timely filed.

WHEREFORE, the Debtor, Mr. Antonio Parrish, prays this Court enter an order:

1. Allowing the proof of claim for the Michigan State Disbursement Unit as being timely filed,
2. And any other relief that this court allows just and proper.

                                                       /s/Kyle Dallmann
                                                       Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960